**John FOX, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 61542.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 3, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 3, 1992.

Application to Transfer Denied
Jan. 26, 1993.

■

David Bruns, David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Appellant John Fox (Movant) appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm per Rule 84.16(b). The denial is based on findings of fact that are not clearly erroneous, and no error of law appears. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.